# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 619 | **DATE** | 10/22/2010 |
| **CASE TITLE** | Public School Teachers Pension & Retirement Fund of Chicago, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 10/22/2010. Case is dismissed without prejudice to all claims pending before Judge Gettleman.

Notices mailed by Judicial staff.

00:04

Courtroom Deputy Initials: ETV